### December 16, 1997

| | | |
|---|---|---|
| 20456 | State v. Carvalho | Affirmed |

### December 17, 1997

| | | |
|---|---|---|
| 18931 | State v. Stone | Affirmed, Vacated and Remanded |

### December 31, 1997

| | | |
|---|---|---|
| 19082 | State v. Trinidad | Affirmed |

### January 16, 1998

| | | |
|---|---|---|
| 18959 | State v. Hill | Affirmed |
| 19151 | State v. Pitt | Affirmed |
| 19113 | Weinstein v. Board of Appeals, Planning Com'n, County of Hawai'i | Affirmed |

### January 21, 1998

| | | |
|---|---|---|
| 19289 | State v. Amigable | Affirmed |

### January 26, 1998

| | | |
|---|---|---|
| 19393 | Rapp v. Schmidt | Vacated and Remanded |

### January 28, 1998

| | | |
|---|---|---|
| 19625 | Employee Management Corp. v. Aloha Group, Ltd.; Aloha Group, Ltd. v. Guss | Granted in part, Denied in part |